IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEARBY SYSTEMS LLC, § <br> Plaintiff, § <br> v. § <br> PANERA BREAD COMPANY and § <br> PANERA, LLC, § <br> § <br> Defendants. | Civil Action No. 2:25-cv-00454-JRG-RSP <br> (Lead Case) |

### ORDER

Before the Court is the Motion To Stay All Deadlines And Notice Of Settlement As To Defendants Panera Bread Company and Panera LLC filed by Nearby Systems LLC and Defendants Panera Bread Company and Panera LLC. **Dkt. No. 28**. Having considered the Motion to Stay, the Court finds that it should be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that all deadlines between movants are **STAYED** until September 1, 2025 during which time appropriate dismissal papers shall be filed with the Court. This case is not stayed as to any consolidated defendants other than Panera Bread Company and Panera LLC.

**SIGNED this 3rd day of August, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE